**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JERRY RAY CORLISS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DALE STOKES,** *et al* | : | **NO. 08-5624** |

## ORDER

**AND NOW**, this 21st day of September, 2010, it having been reported that the issues between the parties in this action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs, pursuant to agreement of counsel, as to the City of Allentown.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.